IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 5:24-cr-10-7 |
| LECAI HUANG, | |
| Defendant. | |

**ORDER**

This matter is before the Court on Defendant's Motion for Authorization for Funds to Obtain Interpreter's Assistance. Doc. 151.  The Motion states that the services of a Mandarin interpreter are necessary to assist with representation in this case.  Interpreter Xuxia Lin Finn, a/k/a Catherine Finn, a Mandarin speaking interpreter is currently assigned as the interpreter in the case and her services are necessary to effectively communicate with the Defendant about the evidence produced in the discovery and the ability to assist counsel.  After careful consideration, and for good cause shown, Defendant's Motion is **GRANTED**.

The Court finds that the services requested in Defendant's Motion are necessary for adequate representation in these circumstances, that Lecai Huang is financially unable to obtain these services on his own, and, therefore, **CERTIFIES** that the funds sought by Mr. Huang are necessary for adequate representation.  Defendant Lecai Huang is hereby authorized to spend funds in an amount up to but not exceeding the sum of $4,400.00 to hire Interpreter Xuxia Lin Finn, also known as Catherine Finn, for interpreter services for her assistance in helping Defendant and defense counsel with Mandarin interpretation in this case.[1]  Any additional funds sought by Defendant for services must be presented to the Court by written motion.  In

---

[1] Defendant must submit these charges for payment processing through the eVoucher system to ensure proper payment to Ms. Finn.

accordance with 18 U.S.C. § 3006A(e)(3), the funds will be released upon approval of the Chief Judge of the Circuit.

    **SO ORDERED**, this 17th day of September, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA